UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR ROJAS DBA SRM CONSTRUCTION <br><br> Defendant. | Case No. 2:21-CV-02522-CAS-ASx <br><br> ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION OVER MATTER |

Pursuant to the Parties' Joint Stipulation to dismiss this action with prejudice, the Court orders this matter dismissed with prejudice. The Court hereby retains jurisdiction over this matter to enforce the settlement agreement.

**IT IS SO ORDERED**

DATED: January 5, 2022

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1